### 6976.   JORDAN *v.* THE STATE.

RUSSELL, C. J.   1.   The corpus delicti of the alleged larceny was fully established. The incriminating circumstances in proof were sufficient to fulfil the requirements of the rule embodied in § 1010 of the Penal Code, which demands that where the guilt of one accused of crime depends wholly on circumstantial evidence, the proved facts must exclude every

other reasonable hypothesis than that of the defendant's guilt. The credibility of the testimony adduced in support of the alibi being a matter exclusively for the jury, it can not be said that the conviction was contrary to the evidence or without evidence to support it.

2. There was no error in overruling the petition for certiorari.

*Judgment affirmed.*

DECIDED MAY 1, 1916.

Certiorari; from Morgan superior court—Judge Park. August 14, 1915.

*M. C. Few,* for plaintiff in error.

*J. E. Pottle, solicitor-general,* contra.